**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6533**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

VICTOR JERMAINE LIPFORD,

              Defendant – Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (7:97-cr-40008-jlk-10)

Submitted:  November 19, 2008      Decided:  December 11, 2008

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor Jermaine Lipford, Appellant Pro Se.  Donald Ray Wolthuis,
OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Jermaine Lipford appeals the district court's order denying his motion for sentence reduction filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lipford, No. 7:97-cr-40008-jlk-10 (W.D. Va. filed Mar. 24, 2008; entered Mar. 26, 2008). We deny Lipford's motion for appointment of counsel and his motion to remand the case in full. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED